**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMES HENRY GIBBS                                                                                          PLAINTIFF

v.                                              No. 4:12CV00316 JLH

JEREMY MCNEIL, individually and in his
official capacity as an agent on behalf of the
Parkin Police Department;
CHARLES PATTERSON, individually and
in his official capacity as Mayor of Parkin;
and CITY OF PARKIN                                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of James Henry Gibbs. The complaint of James Henry Gibbs is dismissed with prejudice.

IT IS SO ORDERED this 10th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE